In Re BALLARD'S ESTATE

BALLARD, Appellant, v. CONE, et al, Respondents

(2 N. W.2d 688.)

(File No. 8488. Opinion filed February 28, 1942.)

**James O. Berdahl,** of Sioux Falls, for Appellant.

**Palmer K. Larson** and **C. A. Christopherson, Jr.,** both of Sioux Falls, for Respondents.

PER CURIAM. The certified copy of the notice of appeal and undertaking on appeal in the above-entitled cause were filed with the clerk of this court on the 23rd day of July, 1941. Since said date, the appellant has not filed his brief nor taken any other steps whatsoever to prosecute such appeal. This being the case, such appeal is deemed to have been abandoned, and the judgment appealed from is affirmed.

All the Judges concur.